UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| CHERYL CARUSO, | ) ED CV 12-02001-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant, | ) |

  IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: July 29, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE